**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
May 14, 2025
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA
           Plaintiff

v.

Baltazar MORENO−Ramirez
           Defendant

Case No.: 5:25−po−40290
Magistrate Judge Diana Song Quiroga

---

## JUDGMENT

On **May 14, 2025**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 25 days confinement.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **May 14, 2025**.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE